# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**JOSE GARZA,**

        **Plaintiff,**

**v.**                  **CIVIL NO. 12-3139-SAC**

**CORRECT CARE SOLUTIONS**
**et al.,**

        **Defendant.**

**(  )** **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x)** **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED that this action is dismissed for failure to state a federal constitutional claim.**

Entered on the docket 9/3/13

**Dated: September 3, 2013**     **TIMOTHY M. O'BRIEN, CLERK**

               **s/D. Waylan, Deputy Clerk**